UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Scott Lawrence Simmons,

    Plaintiff,

v.

Clerk of Appellate Courts and
Supreme Court,

    Defendants.

File No. 21-cv-947 (ECT/KMM)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Katherine Menendez issued a Report and Recommendation ("R&R") on April 14, 2021. ECF No. 3. No party has objected to that R&R, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 3] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. Plaintiff's Application to Proceed in District Court Without Prepaying Fees [ECF No. 2] is **DENIED AS MOOT**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 2, 2021

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court